## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

TIMOTHY HUBBERT                                                    PLAINTIFF

v.                                                              No. 4:19CV137-JMV

MARSHAL TURNER, ET AL.                                          DEFENDANTS

### FINAL JUDGMENT

In accordance with the memorandum opinion and final judgment entered this day, the instant

case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be

granted, counting as a "strike" under  28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).


**SO ORDERED**, this, the 19th day of March, 2020.


                                              /s/   Jane M. Virden
                                              UNITED STATES MAGISTRATE JUDGE